**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000044**
**07-JUL-2011**
**10:59 AM**

NO. CAAP-11-0000044

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF APARTMENT OWNERS
OF ILIKAI APARTMENT BUILDING, Petitioner-Appellee,

v.

SVC-HAWAII, L.P.; SVC-WAIKIKI, LLC;
and SHELL OWNERS ASSOCIATION-HAWAII, Respondents-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 10-1-0303)

ORDER OF CORRECTION
(By: Foley J.)

The Order Dismissing Appeal for Lack of Jurisdiction filed on July 7, 2011, is hereby corrected as follows:

In the caption on the first page, below the identification of the parties, the reference to the S.P. number is corrected to read:

(S.P. NO. 10-1-0303)

The appellate clerk shall make the appropriate changes to the original order filed on July 7, 2011 and serve a copy of the corrected order on the parties and the clerk of the First Circuit Court.

DATED: Honolulu, Hawai'i, July 7, 2011.

Associate Judge